NASSAU HOTEL COMPANY, Respondent, *v.* BARNETT & BARSE CORPORATION, Appellant, Impleaded with Others.

*Nassau Hotel Co.* v. *Barnett & Barse Corpn.*, 162 App. Div. 381, affirmed.

(Argued June 8, 1914; decided July 14, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1914, which affirmed an order of Special Term overruling a demurrer to the complaint in an action to obtain the cancellation and rescission of two written agreements.

The following question was certified: " Does the complaint state facts sufficient to constitute a cause of action ? "

*George W. Morgan, Henry H. Abbott* and *Hiram Thomas* for appellant.

*William L. Marshall* and *Martin Conboy* for respondent.

Order affirmed, with costs, on opinion of MCLAUGHLIN, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-COCK, HOGAN, MILLER and CARDOZO, JJ. Dissenting: COLLIN, J.